UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

*FILED*

*AUG 20 2007*

*RICHARD W. WIEKING*
*CLERK U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

| | |
|---|---|
| JORDAN BENTLEY<br>Plaintiff (s)<br><br>v.<br><br>SAN FRANCISCO STATE UNIVERSITY<br>Defendant(s). | **C 07-04260 CRB**<br>**SCHEDULING ORDER FOR CASES**<br>**ASSERTING DENIAL OF RIGHT OF**<br>**ACCESS UNDER AMERICANS WITH**<br>**DISABILITIES ACT TITLE III (42 U.S.C. §§**<br>**12181- 89)** |

IT IS HEREBY ORDERED that this action is assigned to the Honorable <u>Charles R.</u> <u>Breyer</u>. **When serving the complaint or notice of removal, the plaintiff or removing defendant must serve on all other parties a copy of this Order and the assigned judge's pertinent Standing Orders. This case is otherwise exempt from Civil Local Rule 4-2. Counsel must comply with the case schedule listed below unless the Court otherwise orders.**

## CASE SCHEDULE

| Date | Event | Rule(s) |
|---|---|---|
| **8/20/2007** | **Complaint filed** | |
| **10/19/2007** | **Last day for plaintiff to complete service on defendants or file motion for administrative relief from deadline** | <u>**General Order 56; Civil Local Rule 7-11**</u> |
| **7 days before Joint Site Inspection** | **Last day for parties to complete initial disclosures, including defendant's disclosure re: construction or alteration history of subject premises** | <u>**FRCivP 26(a);**</u><br><u>**General Order 56 ¶2;**</u> |
| **11/28/2007** | **Last day for parties and counsel to hold joint inspection of premises, with or without meet-and-confer regarding settlement** | <u>**General Order 56 ¶3,4;**</u> |
| **10 business days after Joint Site Inspection** | **Last day for parties to meet and confer in person to discuss settlement** | <u>**General Order 56 ¶4;**</u> |
| **45 days after Joint Site Inspection** | **Last day for plaintiff to file "Notice of Need for Mediation"** | <u>**General Order 56 ¶6;**</u> |
| **7 calendar days after mediation** | **Last day for plaintiff to file Motion for Administrative Relief Requesting Case Management Conference** | <u>**General Order 56 ¶7; Civil Local Rule 7-11**</u> |