**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11   JORDAN BENTLEY,                        No. C 07-04260 CRB
12              Plaintiff,                   **ORDER**
13      v.
14   SAN FRANCISCO STATE UNIVERSITY,
15              Defendant.
     _____/
16
17        Plaintiff's application for a temporary restraining order is DENIED.
18        **IT IS SO ORDERED.**
19
20
21   Dated: August 20, 2007            _____
                                       CHARLES  R. BREYER
22                                     UNITED STATES DISTRICT JUDGE
23
24
25
26
27
28

G:\CRBALL\2007\4260\order1.wpd