IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORDAN BENTLEY,<br><br>    Plaintiff,<br><br>  v.<br><br>SAN FRANCISCO STATE UNIVERSITY,<br><br>    Defendant.                              / | No. C 07-04260 CRB<br><br>**ORDER** |

Plaintiff's application for a temporary restraining order is DENIED.

**IT IS SO ORDERED.**

Dated: August 20, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2007\4260\order1.wpd