UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORDAN BENTLEY,<br><br>        Plaintiff,<br><br>  v.<br><br>SAN FRANCISCO STATE UNIVERSITY et al,<br><br>        Defendant. | Case Number: CV07-04260 CRB<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 20, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jordan Bentley
269 Vernon Street, Apt. 4D
Oakland, CA 94610

Dated: August 20, 2007

                                          Richard W. Wieking, Clerk
                                          By: D. Toland, Deputy Clerk