UNITED STATES DISTRICT COURT

**FILED**

NORTHERN DISTRICT OF CALIFORNIA

AUG 2 3 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JORDAN BENTLEY                                  )
                                                )
                                                )
              Plaintiff(s),                     )    Case No. CV 07-04260 CRB
              (Petitioner)                      )
                                                )
V.                                              )
                                                )    ORDER RE APPLICATION
SAN FRANCISCO STATE UNIVERSITY                  )    TO PROCEED
              Defendant(s),                     )    IN FORMA PAUPERIS
              (Respondent)                      )
                                                )
                                                )
_____                 )
                                                )

✓      IT IS ORDERED that the application to proceed in forma pauperis is GRANTED
and that the Clerk issue summons.

IT IS FURTHER ORDERED that the U.S. Marshal for the Northern District of California serve,
without prepayment of fees, a copy of the complaint, any amendments, scheduling orders,
attachments, plaintiff's affidavit and this order upon the defendant.


(  )      IT IS ORDERED that the application to proceed in forma pauperis is DENIED,
and that the filing fee of $350.00 be paid no later than _____. Failure to pay the filing fee by
that date will result in dismissal of the above-entitled action without prejudice. The plaintiff is
hereby apprised of his/her responsibility to serve the complaint and any amendments, scheduling
orders, attachments, pursuant to Rule 4, Federal Rules of Civil Procedure. Plaintiff has a
continuing obligation to keep the Court informed of his or her current address. Failure to do so
may result in dismissal of this action.


(  )      IT IS ORDERED that the application to proceed in forma pauperis is DENIED
and that plaintiff is further ordered to make partial payment of the filing fee in the amount of
$_____ by _____. Failure to pay this amount will result in dismissal of the above-entitled
action without prejudice. The plaintiff is hereby apprised of his/her responsibility to serve the
complaint and any amendments, scheduling orders, attachments, pursuant to Rule 4, Federal
Rules of Civil Procedure. Plaintiff has a continuing obligation to keep the Court informed of his
or her current address. Failure to do so may result in dismissal of this action.

Dated:  Aug. 23, 2007

_____
UNITED STATES  JUDGE

(Not to be used in HABEAS CORPUS cases)

NDC CSA-7

# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

JORDAN BENTLEY,

      Plaintiff,

  v.

SAN FRANCISCO STATE UNIVERSITY et al,

      Defendant.

_____/

Case Number: CV07-04260 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 23, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jordan Bentley
269 Vernon Street, Apt. 4D
Oakland, CA 94610

Dated: August 23, 2007

               Richard W. Wieking, Clerk
               By: Barbara Espinoza, Deputy Clerk