IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORDAN BENTLEY,<br><br>    Plaintiff,<br><br>  v.<br><br>SAN FRANCISCO STATE UNIVERSITY,<br><br>    Defendant.<br>_____/ | No. C 07-04260 CRB<br><br>**ORDER TO SHOW CAUSE** |

In this lawsuit, Plaintiff alleges denial of the right of access under Title III of the Americans with Disabilities Act. See 42 U.S.C. §§ 12181-89. Plaintiff filed his complaint on August 20, 2007. Under the General Orders of the United States District Court for the Northern District of California, Plaintiff was required to complete service on the defendant by October 19, 2007. See General Order 56. As of the date of this Order, it appears that Plaintiff has not has not served the defendant. Accordingly, Plaintiff is hereby ordered to show cause why his action should not be dismissed for a lack of prosecution. In order to avoid dismissal of his lawsuit, Plaintiff must serve the defendant and provide the Court with a justifiable excuse for his failure to abide by General Order 56 by May 19, 2008.

///

1    Plaintiff is hereby advised that if he does not serve the defendant and provide the
2 Court with justification by that date, his lawsuit will be dismissed pursuant to Federal Rule of
3 Civil Procedure 41(b) for a failure to prosecute.
4    **IT IS SO ORDERED.**

7 Dated: May 6, 2008            CHARLES  R. BREYER
                                UNITED STATES DISTRICT JUDGE

G:\CRBALL\2007\4260\OSC.wpd                2