IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JORDAN BENTLEY,

    Plaintiff,

  v.

SAN FRANCISCO STATE UNIVERSITY,

    Defendant.

No. C 07-04260 CRB

**ORDER DISMISSING CLAIMS**

By Order dated May 6, 2008, the Court ordered Plaintiff Jordan Bentley to show cause by May 19, 2008 as to why his lawsuit should not be dismissed for lack of prosecution. See Fed. R. Civ. P. 41(b). As of the date of this Order, Plaintiff has not responded to the Order to Show Cause and has not otherwise communicated with the Court. Accordingly, the claims of Jordan Bentley are DISMISSED WITH PREJUDICE for failure to prosecute.

    **IT IS SO ORDERED.**

Dated: May 20, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2007\4260\Order Dismissing Claims.wpd