OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

**RECEIVED**
**FILED**
MAY 19 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO CA 94

UNITED STATES POSTAL
02 1A
0004329882
MAILED FROM ZIP CODE 94102
$ 00.41⁰
MAY 07 2008
PITNEY BOWES

NIXIE      100 DE 1      00 05/15/08
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 94102348999    *1440-18771-07-41

Jordan Bentley
269 Vernon Street, Apt. 4D
Oakland, CA 94610

CV07-04260 CRB

ORIGINAL FILED

MAY - 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORDAN BENTLEY, | No. C 07-04260 CRB |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| SAN FRANCISCO STATE UNIVERSITY, | |
| Defendant. | |

In this lawsuit, Plaintiff alleges denial of the right of access under Title III of the Americans with Disabilities Act. See 42 U.S.C. §§ 12181-89. Plaintiff filed his complaint on August 20, 2007. Under the General Orders of the United States District Court for the Northern District of California, Plaintiff was required to complete service on the defendant by October 19, 2007. See General Order 56. As of the date of this Order, it appears that Plaintiff has not has not served the defendant. Accordingly, Plaintiff is hereby ordered to show cause why his action should not be dismissed for a lack of prosecution. In order to avoid dismissal of his lawsuit, Plaintiff must serve the defendant and provide the Court with a justifiable excuse for his failure to abide by General Order 56 by May 19, 2008.

///

Plaintiff is hereby advised that if he does not serve the defendant and provide the Court with justification by that date, his lawsuit will be dismissed pursuant to Federal Rule of Civil Procedure 41(b) for a failure to prosecute.

**IT IS SO ORDERED.**



Dated: May 6, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2007\4260\OSC.wpd      2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORDAN BENTLEY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SAN FRANCISCO STATE UNIVERSITY et al,<br><br>　　　　Defendant.　　　　　　　／ | Case Number: CV07-04260 CRB<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 7, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jordan Bentley
269 Vernon Street, Apt. 4D
Oakland, CA 94610

Dated: May 7, 2008

　　　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　　　　　　　　By: Barbara Espinoza, Deputy Clerk