

Jordan Bentley
269 Vernon Street, Apt. 4D
Oakland, CA 94610

CV07-04260 CRB

ORIGINAL
FILED

MAY 2 0 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORDAN BENTLEY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SAN FRANCISCO STATE UNIVERSITY,<br><br>　　　　Defendant. | No. C 07-04260 CRB<br><br>**ORDER DISMISSING CLAIMS** |

By Order dated May 6, 2008, the Court ordered Plaintiff Jordan Bentley to show cause by May 19, 2008 as to why his lawsuit should not be dismissed for lack of prosecution. See Fed. R. Civ. P. 41(b). As of the date of this Order, Plaintiff has not responded to the Order to Show Cause and has not otherwise communicated with the Court. Accordingly, the claims of Jordan Bentley are DISMISSED WITH PREJUDICE for failure to prosecute.

**IT IS SO ORDERED.**

Dated: May 20, 2008

　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

G:\CRBALL\2007\4260\Order Dismissing Claims.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JORDAN BENTLEY,

        Plaintiff,

v.

SAN FRANCISCO STATE UNIVERSITY et al,

        Defendant.
_____/

Case Number: CV07-04260 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 22, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jordan Bentley
269 Vernon Street, Apt. 4D
Oakland, CA 94610

Dated: May 22, 2008

                              Richard W. Wieking, Clerk
                              By: Barbara Espinoza, Deputy Clerk